

Stefan Mentzer
+1 212 459 7088
SMentzer@goodwinlaw.com

Goodwin Procter LLP
New York Times Building
620 8th Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

July 20, 2023

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *TrackMan, Inc. v. GSP Golf AB d/b/a GSPro and Davor Bogavac*, No. 23-cv-598-NRB

Dear Judge Buchwald:

Plaintiff TrackMan, Inc. ("TrackMan") respectfully requests an extension of time, until August 28, 2023, to respond to the counterclaims filed by Defendants GSP Golf AB d/b/a GSPro and Davor Bogavac (collectively, "Defendants") (ECF No. 21).

The original date for TrackMan to respond to the counterclaims is July 28, 2023. TrackMan has made no previous requests for an extension. The Court did not grant or deny any previous requests, as none was made. Counsel for Defendants consents to the requested extension.

Respectfully,

Stefan Mentzer

cc:   Counsel of record

Application granted.
SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated:   July 21, 2023
         New York, NY