UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACKMAN, INC., <br><br>Plaintiff, <br><br>v. <br><br>GSP GOLF AB d/b/a GSPRO, DAVOR BOGAVAC, SIMULATORGOLFTOUR LLC, and CHAD COOKE, <br><br>Defendants. | Case No.: 1:23-cv-598-NRB <br><br>**NOTICE OF DEFENDANTS GSP PARTIES' MOTION TO DISMISS CLAIM FOR BREACH OF CONTRACT (COUNT 4) PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br>**ORAL ARGUMENT REQUESTED** |
| GSP GOLF AB d/b/a GSPRO and DAVOR BOGAVAC, <br><br>Counterclaim Plaintiffs, <br><br>v. <br><br>TRACKMAN, INC., <br><br>Counterclaim Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Jeremy S. Goldman, dated December 15, 2023, and all exhibits attached thereto, Defendants and Counterclaim Plaintiffs GSP Golf AB and Davor Bogavac (together, the "GSP Parties") hereby move the Court, before the Honorable Naomi Reice Buchwald, United States District Judge, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 21A, at a date and time to be determined by the Court, for an order: (1) dismissing Plaintiff TrackMan, Inc.'s claim for breach of contract (Count 4) from its First Amended Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and (2) awarding the GSP Parties such other and further relief as the Court deems just and proper.

Dated: Los Angeles, California
December 15, 2023

                                   FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: */s/ Jeremy S. Goldman*
     Jeremy S. Goldman
2029 Century Park East
Los Angeles, CA 90067
Tel.: (310) 579-9600
jgoldman@fkks.com

Caren Decter
Zoe Rachael Staum
28 Liberty Street, 35th Floor
New York, New York 10005
Tel.:  (212) 980-0120
cdecter@fkks.com
zstaum@fkks.com

*Attorneys for Defendants/Counterclaim Plaintiffs GSP Golf AG and Davor Bogavac*

DATED: December 15, 2023

                                 FRANKFURT KURNIT KLEIN + SELZ PC

By: _____
    Jeremy S. Goldman
    2029 Century Park East, Suite 2500N
    Los Angeles, California 90067

    Caren Decter
    Zoe
    28 Liberty Street
    New York, New York 10005
    (212) 980-0120

    Attorneys for Defendants and Counterclaim Plaintiffs, GSP GOLF AB d/b/a GSPRO and DAVOR BOGAVAC