February 22, 2024

14 Penn Plaza, 9th Floor
New York, NY 10122

(212) 597-2255
firegreenlaw.com

**FIRESTONE GREENBERGER**

Jordan Greenberger, Esq.
jg@firegreenlaw.com

VIA ECF
Hon. Naomi Reice Buchwald
U.S. District Court, S.D.N.Y.

Re:   *TrackMan, Inc. v. GSP Golf AB, et al.*, No. 1:23-cv-598

Your Honor,

    I represent defendants Chad Cooke and SimulatorGolfTour LLC (together, the "SGT Defendants"). Pursuant to the Court's February 14th Order (the "Order") [Doc. 49], I have conferred with Plaintiffs' counsel concerning a briefing schedule for the SGT Defendants' forthcoming Rule 12 motion, and we have agreed to the following dates.

1. Motion papers e-filed on or before March 8, 2024.

2. Opposition papers e-filed on or before April 12, 2024.

3. Reply papers e-filed on or before May 7, 2024.

    Per the Order, under this schedule no more than sixty days elapse from the filing of the motion to the filing of the reply. We respectfully request that the Court so-order this schedule.

Respectfully,

/s/ Jordan Greenberger
Jordan Greenberger, Esq.

**BRIEFING SCHEDULE SO-ORDERED.**

Dated: February 27, 2024
New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

1