UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACKMAN, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>GSP GOLF AB d/b/a GSPRO, DAVOR BOGAVAC, SIMULATORGOLFTOUR LLC, and CHAD COOKE,<br><br>     Defendants.<br>GSP GOLF AB d/b/a GSPRO and DAVOR BOGAVAC,<br><br>     Counterclaim Plaintiffs,<br><br>  v.<br><br>TRACKMAN, INC.,<br><br>     Counterclaim Defendant. | Index No. 1:23-cv-598-NRB<br><br>**<u>NOTICE OF MOTION</u>**<br><br>**ORAL ARGUMENT REQUESTED** |

  **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Chad Cooke (with exhibits), dated March 7, 2024, and memorandum of law, dated March 8, 2024, defendants SimulatorGolfTour, LLC and Chad Cooke (together, the "SGT Defendants") hereby move this Court, before the Honorable Naomi Reice Buchwald, at the United States Courthouse located at 500 Pearl Street, Courtroom 21A, New York, New York 10007, for an Order:

  (1) pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's First Amended Complaint [Doc.32], as against the SGT Defendants, with prejudice and without leave to amend;

  (2) pursuant to Fed. R. Civ. P. 54(d)(2)(B), extending the time for Defendants to move for attorney's fees (17 U.S.C. § 505; 15 U.S.C. § 1117(a)) from 14 days to 30 days after entry of judgment; and

(3) awarding the SGT Defendants their other costs and disbursements, and granting them such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the So-Ordered briefing schedule [Doc. 52], Plaintiff's answering papers, if any, shall be e-filed on or before April 12, 2024.

Dated: March 8, 2024

                                                    FIRESTONE GREENBERGER PLLC
*Attorneys for the SGT Defendants*

                                                         /s/ Jordan Greenberger
Jordan Greenberger
225 West 34th Street, 9th Floor
New York, NY 10122
(212) 597-2255
jg@firegreenlaw.com