# EXHIBIT 1

```
<?php
        //Broad overview of what's involved---
        //JNPG is given the URL address of the location of your
api.php file. (ex: www.simulatorgolftour.net/php/api.php)  Every
request from the game goes to this file and that file will forward
it's requests to this class.  The functions below are all the commands
that the game can request from you.  Data is in JSON format.

class PerfectGolfAPI
{
        Private $data;
        Public $response;


 //----------------------------------------------------------------------
----------------------------------------------------------------------
------------
    public function __construct($data)
    {

                $command = $data['function'];

                switch ($command) {

                        //Game sends msg to server when a player
requests to see their tournament list. The message will contain a
unique identifier  (steamID) of a player and you will cross reference
it with your database to see what active tournaments you want to
display for this player.
                        //Return list of tournaments to game
                        case "getTournamentData":
                                $this->response = $this-
>getTournamentData($data);
                                break;

                        //Game sends scores after a hole played of a
tournament
                        //No return data to game needed
                        case "sendHoleResults":
                                $this->response = $this-
>sendHoleResults($data);
                                break;

                        //Game sends data dump after each shot played
of a tournament
                        //No return data to game needed
                        case "sendSaveGame":
                                $this->response = $this-
>sendSaveGame($data);
                                break;
```

```
                        //Game sends stats to server after a hole
played of a tournament
                        //No return data to game needed
                        //Example below of decoded data received for
function sendStatData
                        //
{"tournamentId":1234,"roundNumber":1,"driveYardsInFairway":0,"fairwayA
ttempts":1,"fairwayHit":0,"greenHitInRegulation":0,"holesPlayed":1,"lo
ngestDrive":0,"playerName":"TigerWoods","puttDistanceToPin":0,"totalPu
tts":1,"totalPuttsGIR":0,"sandAttempts":0,"sandSaves":0,"scrambling":1
,"uid":"Steam123456789456875","swing":"Simulation,TCP
IP,OGT_Tournament","difficulty":null,"birdie":0,"eagle":0,"albatross":
0,"bogie":0,"doublebogie":0,"holeinone":0,"hole":"13"}
                        case "sendStatData":
                           $this->response = $this-
>sendStatData($data);
                                break;

                        //Game sends stats to server after a round
played of a tournament
                        //No return data to game needed
                        case "sendTournamentStatData":
                                $this->response = $this-
>sendTournamentStatData($data);
                                break;

                        //Game sends request to view tournament
leaderboad of a tournament
                        //Return a leaderboard to game for player to
view (clicked button to in game to view leaderboard)
                        case "getLeaderboardData":
                                $this->response = $this-
>getLeaderboardData($data);
                                break;

                        //Game sends request to view scorecard of
current round of tournament for player
                        //Return scorecard to game
                        case "getScorecardData":
                                $this->response = $this-
>getScorecardData($data);
                                break;

                        //Game requests information of tournament
round when player initiates play.  Was this round started earlier - if
so send resume data stored in DB (sendSavegame)
                        //Return sendSavegame data if any to game to
initiate a resume.  If nothing is sent game will start as a new
tournament round
```

```
                        case "getProgressToPar":
                                $this->getProgressToPar($data);
                                break;

                        //Never used did not work.  We did our own
handicaps
                        case "getPlayerHandicap":
                                $this->getPlayerHandicap($data);
                                break;

                        //Anti cheat mechanism reporting where the
ball is after each tournament shot.  Ask Vance for more information.
                        //No return data to game needed
                        case "reportBallInPlay":
                                $this->reportBallInPlay($data);
                                break;

                        default:
                                logRequest($data['uid'],
$data['function'],json_encode($data));
                                $this->response = "{}";
                                break;
                        }

                        $this->response = json_encode($this->response,
JSON_NUMERIC_CHECK);

    }
}
?>
```