# **EXHIBIT 2**

-1-

**FUNCTION : getTournaments()**

    'clubName'

    'tourName'

    'gameInfo' => [

                  'gameStyle'

                  'gamePlay'

                  'mode'

                  'generalDifficulty'

                  'gameType'

                  'courseName'

                  'ElevationInFeet'

                  'holeSelection'

                  'teeType'

                  'stimpMeter'

                  'firmness'

                  'fairwayFirmness'

                  'greenQuality'

                  'pinDifficulty'

                  'gimmies'

                  'mulligans'

                  'sky_windType'

-2-

```
'mopInfo' => [

                'challengeType'

                'gameType'

                'gameStyle'

                'gamePlay'

                'gameMode'

                'mulligans'

                'gimmies'

'tournamentInfo' => [

                'id'

                'roundNumber'

                'api'

                'pinDifficulty'

                'teeType'

 'preferences' => [

                 'name' =>

                 'bli' =>

                 'puttmode'

 'pinElements'

'tournamentId'

'tournamentName'

'round'

'rounds'
```

-3-

'saveGame'

**FUNCTION : getProgressToPar()**

'tournamentId'

'round'

'saveGame'

**FUNCTION : SendSaveGame()**

tournamentId

uid

name

simDeviceID

activeHole

activeHoleShotCount

registrationId

round

hole

shot_number

distanceToPin

heightToPin

ballSpeed

launchAngle

spin

-4-

   spinAxis

    launchDirection

  ballCarry

   roll

  totalDistance

  maxHeight

  landingAngle

  startingLie

  finishingLie

  startingPosition_x

  startingPosition_y

  startingPosition_z

  finishingPosition_x

  finishingPosition_y

   finishingPosition_z

  gimme

  mulligan

  club


**FUNCTION : sendHoleResults()**

  'registrationId',

  'round',

  'activeHole',

'hole1_gross',

'hole1_net',

'hole2_gross',

'hole2_net',

'hole3_gross',

'hole3_net',

'hole4_gross',

'hole4_net',

'hole5_gross',

'hole5_net',

'hole6_gross',

'hole6_net',

'hole7_gross',

'hole7_net',

'hole8_gross',

'hole8_net',

'hole9_gross',

'hole9_net',

'hole10_gross',

'hole10_net',

'hole11_gross',

'hole11_net',

'hole12_gross',

'hole12_net',

'hole13_gross',

'hole13_net',

'hole14_gross',

'hole14_net',

'hole15_gross',

'hole15_net',

'hole16_gross',

'hole16_net',

'hole17_gross',

'hole17_net',

'hole18_gross',

'hole18_net',

'in_gross',

'out_gross',

'in_net',

'out_net',

'total_gross',

'toPar_gross',

'total_net',

'toPar_net'

**FUNCTION : sendTournamentStatData**()

    driveYardsInFairway;

    fairwayAttempts;

    fairwayHit;

    greenHitInRegulation;

    holesPlayed;

    longestDrive;

    puttDistanceToPin;

    totalPutts;

    totalPuttsGIR;

    sandAttempts;

    sandSaves;

    scrambling;

    birdie;

    eagle;

    albatross;

    bogie;

    doublebogie;

    holeinone;