# EXHIBIT 3

Chad Cooke

Owner - SimulatorGolfTour (SGT)

www.simulatorgolftour.com



---------- Forwarded message ---------
From: **vance vongphakdy** <vance451@comcast.net>
Date: Thu, Oct 26, 2023 at 10:25AM
Subject: Fwd: RE: RE: RE: Re: SGT game update
To: simgolftour@gmail.com <simgolftour@gmail.com>


---------- Original Message ----------
From: vance vongphakdy <vance451@comcast.net>
To: Andrew Jones <andrew@perfectparallel.com>
Date: 03/07/2020 1:13 PM CST
Subject: RE: RE: RE: Re: SGT game update

I'll check out the beta

> On March 7, 2020 at 1:04 PM Andrew Jones <andrew@perfectparallel.com> wrote:
>
> The latest builds are on beta though if you want to check it out.. Beta Pass is XYZZYAdventure as you probably know
>
>
>
> **Andrew Jones**
> Head of Perfect Parallel
> TRACKMAN Inc | Colorado
>
> (+1) 301 693 2639 | trackman.com
>
> 



**From:** Andrew Jones
**Sent:** Saturday, March 7, 2020 11:17 AM
**To:** vance vongphakdy
**Subject:** RE: RE: Re: SGT game update

Sorry I am really busy and (working again on a Saturday) and Since changes I push will effect every player who has ever purchased the game I have to try my best to not screw it up… So it takes time and we no longer have beta testers to push to beta to test…

**Andrew Jones**

Head of Perfect Parallel

TRACKMAN Inc | Colorado

(+1) 301 693 2639 | trackman.com





**From:** vance vongphakdy
**Sent:** Saturday, March 7, 2020 10:40 AM
**To:** Andrew Jones
**Subject:** RE: Re: SGT game update

Did you forget to push the update? :)

> On March 5, 2020 at 7:20 AM Andrew Jones <andrew@perfectparallel.com> wrote:
>
> I will try and push the update that includes it today

**Andrew Jones**

Head of Perfect Parallel

TRACKMAN Inc | Colorado

(+1) 301 693 2639  |  trackman.com





**From:** Vance
**Sent:** Wednesday, March 4, 2020 3:23 PM
**To:** Andrew Jones
**Subject:** Re: SGT game update

Hi,

OGT is completely down now.  How's the game up for SGT simulatorgolftour.com coming along?

Thanks

Vance

On 2/29/2020 7:23 AM, Andrew Jones wrote:

> Very soon… Cant you get the player name from the steam ID?
>
> **Andrew Jones**
>
> Head of Perfect Parallel
>
> TRACKMAN Inc | Colorado
>
> (+1) 301 693 2639  |  trackman.com
>
> **From:** Vance
> **Sent:** Friday, February 28, 2020 4:40 PM
> **To:** Andrew Jones
> **Subject:** Re: SGT game update
>
> Hi Andrew,
>
> Can you let me know when to expect the game update?  Also, if its not too much trouble, Mark from PGLS has asked me to ask you to add the following to the game if possible:
>
> Add playerName for Sim players to the getPlayerHandicap function - Currently it only sends this … {"function":"getPlayerHandicap","uid":"Steam76561197972321980","level":"Amateur","tournamentId":110}
>
> Thanks,
>
> Vance
>
> On 2/17/2020 4:36 PM, Andrew Jones wrote:
>
>> Give me a call when you can…

**Andrew Jones**

Head of Perfect Parallel

TRACKMAN Inc | Colorado

(+1) 301 693 2639  |  trackman.com

---

**From:** Vance
**Sent:** Monday, February 17, 2020 8:26 AM
**To:** Andrew Jones
**Subject:** TCP Interface

Hi Andrew,

With OGT and OGT Interface eventually shutting down, any chance I can

get the info needed to create a GC2 interface to connect with PG via TCP

connection?  Davor will create it.  Also, you planning to update the

game/api for SimulatorGolfTour.com on March 3rd?

Thanks

Vance