January 15, 2025

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *TrackMan, Inc. v. GSP Golf AB d/b/a GSPro et al.*, No. 23-cv-598-NRB (S.D.N.Y.)

Dear Judge Buchwald:

The parties respectfully request an extension of time of one week, until January 22, 2025, to file a proposed stipulated protective order and proposed stipulated ESI order.

The original date for the parties to file these papers is January 15, 2025. ECF No. 75 at 3. The parties are discussing drafts and revising them with the aim of submitting stipulated proposals.

The parties have not made any prior requests to extend this deadline. The parties have made two prior requests for extensions, unrelated to this current request. One was made by plaintiff TrackMan, Inc. (ECF No. 24), and one was made by defendants Chad Cooke and SimulatorGolfTour LLC (ECF No. 63). The Court granted these requests. ECF Nos. 26 & 65.

This extension will not affect any other case deadlines.

All parties consent to the requested extension.

Respectfully,

*So Ordered.*
*Naomi Reice Buchwald, USDJ*
*1/16/25*

GOODWIN PROCTER LLP

By: /s/ Stefan Mentzer
    Stefan Mentzer
    Scott. T. Weingaertner
    Timothy Keegan
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. + 1 212 813 8800
smentzer@goodwinlaw.com
sweingaertner@goodwinlaw.com
tkeegan@goodwinlaw.com

*Attorneys for Plaintiff and Counterclaim-Defendant TrackMan, Inc.*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Caren Decter
    Caren Decter
    Jeremy S. Goldman
28 Liberty Street, 35th Floor
New York, New York 10005
Tel. +1 212 980 0120
cdecter@fkks.com
jgoldman@fkks.com

*Attorneys for Defendants and Counterclaim-Plaintiffs GSP Golf AB and Davor Bogavac*