January 22, 2025

**<u>VIA ECF</u>**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**    ***TrackMan, Inc. v. GSP Golf AB d/b/a GSPro et al.***, No. 23-cv-598-NRB (S.D.N.Y.)

Dear Judge Buchwald:

The parties respectfully request an extension of time of until January 31, 2025 to file a proposed stipulated ESI order.

The original date for the parties to file the propose order was January 15, 2025, which the Court extended January 22, 2025.  ECF No. 75 at 3; ECF No. 77.  In accordance with that order, the parties filed a proposed stipulated protective order today.  The parties continue to discuss the proposed stipulated ESI order.  As the parties' representatives are traveling, they require additional time to complete discussions.

The parties have made one prior request to extend this deadline, which was granted.  *See* ECF Nos. 76, 77.  The parties have made two additional prior requests for extensions, unrelated to this current request. The Court granted these requests.  ECF Nos. 26, 65.

This extension will not affect any other case deadlines.

All parties consent to the requested extension.

Respectfully,

GOODWIN PROCTER LLP                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Stefan Mentzer                    By: /s/ Caren Decter *(with consent)*
    Stefan Mentzer                            Caren Decter
    Scott. T. Weingaertner                    Jeremy S. Goldman
    Timothy Keegan                        28 Liberty Street, 35th Floor
The New York Times Building            New York, New York 10005
620 Eighth Avenue                      Tel. +1 212 980 0120
New York, New York 10018               cdecter@fkks.com
Tel. + 1 212 813 8800                  jgoldman@fkks.com
smentzer@goodwinlaw.com
sweingaertner@goodwinlaw.com           *Attorneys for Defendants and Counterclaim-*
tkeegan@goodwinlaw.com                 *Plaintiffs GSP Golf AB and Davor Bogavac*

*Attorneys for Plaintiff and Counterclaim-
Defendant TrackMan, Inc.*

FIRESTONE GREENBERGER PLLC

By: /s/ Jordan Greenberger *(with consent)*
    Jordan Greenberger
225 West 34th Street, 9th Floor
New York, New York 10122
Tel. + 1 212 597 2255
jg@firegreenlaw.com

*Attorneys for Defendants and Counterclaim-
Plaintiffs SimulatorGolfTour LLC and Chad
Cooke*

Application granted.

**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:      January 23, 2025
             New York, New York