January 30, 2025

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *TrackMan, Inc. v. GSP Golf AB d/b/a GSPro et al.*, No. 23-cv-598-NRB (S.D.N.Y.)

Dear Judge Buchwald:

The parties respectfully request an extension of time of until February 13, 2025 to file a proposed stipulated ESI order.

The original date for the parties to file the proposed order was January 15, 2025, which the Court extended January 22, 2025 and then until January 31, 2025. ECF No. 75 at 3; ECF No. 77; ECF No. 81. As counsel need to further discuss ESI protocol details with their clients, the parties require additional time to complete discussions.

The parties have made two prior requests to extend this deadline, which were granted. *See* ECF Nos. 76, 77, 81. The parties previously made two additional requests for extensions, unrelated to this current request. The Court granted these requests. ECF Nos. 26, 65.

This extension will not affect any other case deadlines.

All parties consent to the requested extension.

Respectfully,

| | |
|---|---|
| GOODWIN PROCTER LLP | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| By: /s/ Stefan Mentzer | By: /s/ Caren Decter |
| Stefan Mentzer | Caren Decter |
| Scott. T. Weingaertner | Jeremy S. Goldman |
| Timothy Keegan | 28 Liberty Street, 35th Floor |
| The New York Times Building | New York, New York 10005 |
| 620 Eighth Avenue | Tel. +1 212 980 0120 |
| New York, New York 10018 | cdecter@fkks.com |
| Tel. + 1 212 813 8800 | jgoldman@fkks.com |
| smentzer@goodwinlaw.com | |
| sweingaertner@goodwinlaw.com | *Attorneys for Defendants and Counterclaim-* |
| tkeegan@goodwinlaw.com | *Plaintiffs GSP Golf AB and Davor Bogavac* |

*Attorneys for Plaintiff and Counterclaim-Defendant TrackMan, Inc.*

FIRESTONE GREENBERGER PLLC

By: /s/ Jordan Greenberger
    Jordan Greenberger
225 West 34th Street, 9th Floor
New York, New York 10122
Tel. + 1 212 597 2255
jg@firegreenlaw.com

*Attorneys for Defendants and Counterclaim-Plaintiffs SimulatorGolfTour LLC and Chad Cooke*

Application granted.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:  February 3, 2025
        New York, New York