**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**  (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

July 10, 2025

| | |
|---|---|
| Scott Thomas Weingaertner | Jeremy Seth Goldman |
| Stefan M. Mentzer | Ruby Strassman |
| Eunbi Choi | Frankfurt Kurnit Klein & Selz, P.C. |
| Timothy Keegan | 2029 Century Park East, Ste 2500n |
| Goodwin Proctor LLP | Los Angeles, CA 90067 |
| 620 Eighth Avenue | |
| New York, NY 10018 | Jordan Daniel Greenberger |
| | Firestone Greenberger PLLC |
| Caren Decter | 104 West 40th Street |
| Frankfurt Kurnit Klein & Selz, P.C. | Ste 4th Floor |
| 28 Liberty Street | New York, NY 10018 |
| New York, NY 10005 | |

**Re: TrackMan, Inc. v. GSP Golf AB, et al., 23 Civ. 598 (NRB)**

Dear Counsel:

The Court is in receipt of the parties' submissions regarding defendants' motions to compel. ECF Nos. 90, 91, 92, 93. The Court requires further information in advance of the teleconference scheduled for July 30, 2025.

The Court understands defendants to be seeking from three senior executives at plaintiff's non-party parent company all relevant, non-privileged documents that mention "GSPro", "SGT", or "Cooke" during the pertinent time period. ECF Nos. 90, 92. In response, plaintiff asserts that there "is a substantial burden to collect, search, review, and produce emails for three senior executives of a non-party parent company whose ESI was not previously collected." ECF No. 93 at 2.

As counsel is no doubt aware, Rules 26 and 45 of the Federal Rules of Civil Procedure direct the Court to balance whether the burden or expense of the proposed discovery outweighs its likely benefit. Thus, since plaintiff is arguing that the discovery would be unduly burdensome, plaintiff is directed to provide the following information by July 23, 2025. First, plaintiff is asked to substantiate its assertion that it would be costly to collect emails from the three contemplated custodians. Second, plaintiff is asked to clarify why the review process would be burdensome if the contemplated custodians are expected to possess relatively few documents that mention "GSPro", "SGT", or "Cooke". Lastly, plaintiff is asked to explain whether it expects the requested searches to yield a large number of false positives, i.e., irrelevant documents that mention the requested search terms.

Very truly yours,

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE