

Stefan Mentzer
+1 212 459 7088
SMentzer@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

goodwinlaw.com
+1 212 813 8800

**BY ECF**

July 23, 2025

Hon. Naomi Reice Buchwald
United State District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:*   *TrackMan, Inc. v. GSP Golf AB, et al.*, No. 1:23-cv-598-NRB (S.D.N.Y.)

Dear Judge Buchwald:

I write on behalf of plaintiff TrackMan, Inc. ("Plaintiff") in response to the Court's July 11, 2025 directive with respect to Defendants' requests that Plaintiff perform ESI searches of TrackMan A/S executives (ECF No. 94).

Defendants' requests are moot.  Plaintiff has agreed to run the three search terms requested—"GSPro," "SGT," and "Cooke"—across the email messages and Microsoft Teams messages of Klaus Eldrup-Jørgensen, Fredrik Tuxen, and Nikolaj Kromann Jørgensen, three senior executives of Plaintiff's parent company, TrackMan A/S.  Plaintiff maintains its position that such searches are unnecessary, unduly burdensome, and not proportional to the needs of the case but nevertheless has agreed to run these searches in order to avoid burdening the Court with further motion practice.  Plaintiff informed Defendants of this position earlier today.

Accordingly, Plaintiff respectfully requests that the Court adjourn the pre-motion conference currently scheduled for July 30, 2025.  *See* ECF No. 94.

Respectfully,

*/s/ Stefan Mentzer*

Stefan Mentzer

cc:   Counsel of record