October 30, 2025

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:**    *TrackMan, Inc. v. GSP Golf AB d/b/a GSPro et al.*, **No. 23-cv-598-NRB (S.D.N.Y.)**

Dear Judge Buchwald:

The parties respectfully request an extension to the pre-trial deadlines as follows:

|  | **Previous** | **Revised** |
|---|---|---|
| Completion of party witness depositions | 11/21/2025 | 12/19/2025 |
| Close of fact discovery | 11/21/2025 | 01/23/2026 |
| Opening expert reports – liability | 01/16/2026 | 03/20/2026 |
| Rebuttal expert reports – liability | 03/13/2026 | 05/15/2026 |
| Reply expert reports – liability | 04/10/2026 | 06/12/2026 |
| Close of expert discovery – liability | 05/08/2026 | 07/10/2026 |
| Opening expert reports – damages | 01/16/2026 | 08/13/2026 |
| Rebuttal expert reports – damages | 03/13/2026 | 09/25/2026 |
| Reply expert reports – damages | 04/10/2026 | 10/23/2026 |
| Close of expert discovery – damages | 05/08/2026 | 11/20/2026 |
| Dispositive motions (Individual Practice Rule 2(b) letter to be submitted) | 06/05/2026 | 12/18/2026 |

Good cause exists for the requested extension.  The parties are working to complete document discovery and take depositions.  Seven depositions of the parties' witnesses are currently scheduled, and additional party and third-party depositions are anticipated.  Additional time is required to complete document productions, source code review, and accommodate witnesses availability, including witnesses located

in Europe and Asia.  The parties also have agreed to stage expert discovery, with liability expert discovery proceeding first, followed by damages expert discovery.  The parties believe that this staged expert discovery is reasonable and efficient.

The parties previously made one request to extend the pre-trial deadlines.  All parties consent to the requested extension.

A proposed Amended Scheduling Order is attached for the Court's consideration.

Respectfully,

GOODWIN PROCTER LLP

By: /s/ Stefan Mentzer
    Stefan Mentzer
    Scott. T. Weingaertner
    Timothy Keegan
    Eunbi Choi
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel. + 1 212 813 8800
smentzer@goodwinlaw.com
sweingaertner@goodwinlaw.com
tkeegan@goodwinlaw.com
eunbichoi@goodwinlaw.com

Farzad (Fred) Feyzi
601 Marshall Street
Redwood City, CA 94063
Tel. +1 650 752 3218
ffeyzi@goodwinlaw.com

*Attorneys for Plaintiff and Counterclaim-Defendant TrackMan, Inc.*

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Caren Decter
    Caren Decter
    Jeremy S. Goldman
28 Liberty Street, 35th Floor
New York, New York 10005
Tel. +1 212 980 0120
cdecter@fkks.com
jgoldman@fkks.com

*Attorneys for Defendants and Counterclaim-Plaintiffs GSP Golf AB and Davor Bogavac*

FIRESTONE GREENBERGER PLLC

By: /s/ Jordan Greenberger
    Jordan Greenberger
    Valeria Castanaro
104 West 40th Street, 4th Floor
New York, New York 10018
Tel. + 1 212 597 2255
jg@firegreenlaw.com
vc@firegreenlaw.com

*Attorneys for Defendants and Counterclaim-Plaintiffs SimulatorGolfTour LLC and Chad Cooke*