UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACKMAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GSP GOLF AB d/b/a GSPRO, DAVOR BOGAVAC, SIMULATORGOLFTOUR LLC, and CHAD COOKE,<br><br>Defendants.<br><br>GSP GOLF AB d/b/a GSPRO, DAVOR BOGAVAC, SIMULATORGOLFTOUR LLC, and CHAD COOKE,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>TRACKMAN, INC.,<br><br>Counterclaim Defendant. | Case No. 1:23-cv-598-NRB |

## [PROPOSED] AMENDED SCHEDULING ORDER

IT IS, on this 31st day of October, 2025,

**ORDERED** that the parties' joint motion for an extension to case deadlines is **GRANTED**, and it is further

**ORDERED** that the case schedule is revised as follows:

| | **Previous** | **Revised** |
|---|---|---|
| Completion of party witness depositions | 11/21/2025 | 12/19/2025 |
| Close of fact discovery | 11/21/2025 | 01/23/2026 |

| Opening expert reports – liability | 01/16/2026 | 03/20/2026 |
| --- | --- | --- |
| Rebuttal expert reports – liability | 03/13/2026 | 05/15/2026 |
| Reply expert reports – liability | 04/10/2026 | 06/12/2026 |
| Close of expert discovery – liability | 05/08/2026 | 07/10/2026 |
| Opening expert reports – damages | 01/16/2026 | 08/13/2026 |
| Rebuttal expert reports – damages | 03/13/2026 | 09/25/2026 |
| Reply expert reports – damages | 04/10/2026 | 10/23/2026 |
| Close of expert discovery – damages | 05/08/2026 | 11/20/2026 |
| Dispositive motions (Individual Practice Rule 2(b) letter to be submitted) | 06/05/2026 | 12/18/2026 |

*[signature]*

Hon. Naomi Reice Buchwald
New York, New York