**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

(212) 805-0194

November 20, 2025

Jordan Greenberger
Firestone Greenberger PLLC
104 West 40th Street
New York, NY 10018

Stefan Mentzer
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

<u>Re: Trackman, Inc. v. GSP Golf AB, et al., No. 1:23-cv-598 (NRB)</u>

Dear Counsel:

    The Court is in receipt of the parties' letters dated November 11, 2025, and November 14, 2025, addressing defendants Chad Cooke and SimulatorGolfTour LLC's (together, the "SGT Defendants") proposed Rule 11 motion (the "Proposed Motion"). ECF Nos. 105, 106. The Proposed Motion effectively seeks to reverse the Court's September 24, 2024 decision on the SGT defendants' motion to dismiss on statute of limitations grounds. ECF No. 62 at 23–25. Rule 11 is not a device to avoid the time limits of a motion for re-argument or otherwise revisit the Court's ruling on the motion to dismiss. Nor have the SGT defendants proffered a sufficient reason to address the statute of limitations argument outside of a summary judgment motion. It is obvious that a ruling on the merits of the SGT's proposed statute of limitations defense must precede any possible entitlement to Rule 11 sanctions.

    Accordingly, leave to file a Rule 11 motion is denied at this time.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

Cc:    All Counsel of record (via ECF)