UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRACKMAN, INC.,                                    :
                                                   :    Case No. 1:23-cv-000598-NRB
                        Plaintiff,                 :
                                                   :
        v.                                         :
                                                   :
GSP GOLF AB d/b/a GSPRO and DAVOR                  :    **NOTICE OF APPEARANCE**
BOGAVAC,                                            :
                                                   :
                        Defendants.                :
-----------------------------------------------------X         :
GSP GOLF AB d/b/a GSPRO and DAVOR                  :
BOGAVAC,                                            :
                                                   :
                        Counterclaim Plaintiffs,   :
                                                   :
        v.                                         :
                                                   :
TRACKMAN, INC.,                                    :
                                                   :
                        Counterclaim Defendant.    :
                                                   :
---------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that Emily B. Tate, of Frankfurt Kurnit Klein & Selz,

P.C., hereby appears as counsel for defendants and counterclaim plaintiffs GSP Golf AB d/b/a

GSPRO and Davor Bogavac in the above-captioned proceeding.

 Dated: New York, New York
         November 20, 2025

                                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                    By:  */s/ Emily B. Tate*
                                         Emily B. Tate
                                    28 Liberty Street
                                    New York, NY 10005
                                    Tel:  (212) 980-0120

                                    *Attorneys for Defendants and Counterclaim*
                                    *Plaintiffs GSP Golf d/b/a GSPRO and*
                                    *Davor Bogavac*