December 19, 2025

104 West 40th Street, 4th Floor
New York, NY 10018

(212) 597-2255
firegreenlaw.com

Jordan Greenberger, Esq.
jg@firegreenlaw.com

**FIRESTONE GREENBERGER**

<u>VIA ECF</u>
Hon. Naomi Reice Buchwald
U.S. District Court, S.D.N.Y.

                            Re:    *TrackMan, Inc. v. GSP Golf AB, et al.*, No. 1:23-cv-598

Your Honor,

      I represent defendants Chad Cooke and SimulatorGolfTour LLC (together, the "SGT Defendants"). The parties jointly request an extension of the deadline to complete party witness depositions from December 19, 2025, to January 23, 2026, which is also the currently scheduled date for the close of fact discovery. *See* Amended Scheduling Order, dated October 31, 2025 (the "Order"). The parties have completed a number of party depositions over multiple days, but due to scheduling issues we require additional time to complete the party depositions. Extending this date will not impact any other dates currently scheduled in the Order.

                                            Respectfully,

                                            /s/ Jordan Greenberger
                                            Jordan Greenberger, Esq.

**SO-ORDERED**.

Dated:  December 22, 2025
           New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE