UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRACKMAN, INC.,

Plaintiff,

v.

GSP GOLF AB d/b/a GSPRO and DAVOR BOGAVAC,

Defendants.
----------------------------------------------------------X
GSP GOLF AB d/b/a GSPRO and DAVOR BOGAVAC,

Counterclaim Plaintiffs,

v.

TRACKMAN, INC.,

Counterclaim Defendant.
------------------------------------------------------------X

Case No. 1:23-cv-00598-NRB

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Ruby Strassman is no longer associated with the law firm Frankfurt Kurnit Klein & Selz, P.C. ("Frankfurt Kurnit"), attorneys for defendants and counterclaim plaintiffs GSP Golf AB d/b/a GSPRO and Davor Bogavac ("Defendants") in the above-captioned proceeding, and hereby withdraws her appearance for the Defendants. Frankfurt Kurnit will continue to serve as counsel of record for the Defendants, and copies of all notices, pleadings and other documents served or filed in this action should be served on Frankfurt Kurnit.

Dated: New York, New York
September 10, 2026

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Ruby Strassman
Ruby Strassman

2029 Century Park East
Suite 2500N
Los Angeles, California 90067
(310) 579-9657
rstrassman@fkks.com

*Attorneys for Defendants and Counterclaim Plaintiffs GSP Golf AB d/b/a GSPRO and Davor Bogavac*