UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACKMAN, INC.,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>GSP GOLF AB d/b/a GSPRO, DAVOR BOGAVAC, SIMULATORGOLFTOUR LLC, and CHAD COOKE,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 1:23-cv-598-NRB |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

WHEREAS, Plaintiff Trackman, Inc. ("Plaintiff") filed the complaint against Defendants Davor Bogavac and GSP Golf AB (the "GSP Defendants") (ECF No. 1);

WHEREAS, Plaintiff filed the First Amended Complaint in this action (ECF No. 32), which added Defendants Chad Cooke and SimulatorGolfTour LLC (the "SGT Defendants");

WHEREAS, SGT Defendants filed an answer and counterclaims against Plaintiff (ECF No. 68), and Plaintiff filed an answer to the counterclaims of SGT Defendants (ECF No. 71);

WHEREAS, in accordance with Federal Rule of Civil Procedure 41(a)(2), Plaintiff and SGT Defendants wish to dismiss, with prejudice, their respective claims against each other, without costs, attorney's fees, or expenses as against Plaintiff or SGT Defendants;

WHEREAS, this Stipulation and Proposed Order of Dismissal does not seek dismissal of Plaintiff's claims against the GSP Defendants;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SGT Defendants, that, pursuant to Federal Rule of Civil Procedure 41(a)(2):

1. Plaintiff Trackman, Inc., by its attorneys Greenberg Traurig, LLP, hereby dismisses, with prejudice, its action and claims against Defendants Chad Cooke and SimulatorGolfTour LLC, without costs, attorney's fees, or expenses as against SGT Defendants; and

2. Defendants Chad Cooke and SimulatorGolfTour LLC, by their attorneys Firestone Greenberger PLLC, hereby dismiss, with prejudice, their action and counterclaims against Plaintiff Trackman, Inc., without costs, attorney's fees, or expenses as against Plaintiff.

Dated: New York, New York
October 7, 2026

GREENBERG TRAURIG, LLP

By: ______________________________
Stefan Mentzer
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Email: stefan.mentzer@gtlaw.com

*Attorneys for Plaintiff Trackman, Inc.*

Dated: New York, New York
October 7, 2026

FIRESTONE GREENBERGER PLLC

By: ______________________________
Jordan Greenberger
104 West 40th Street, 4th Floor
New York, New York 10018
Telephone: (212) 597-2255
Email: jg@firegreenlaw.com

*Attorneys for Defendants Chad Cooke and SimulatorGolfTour LLC*

**SO ORDERED.**

Dated: ______________________________

______________________________
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE